IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY, | : | |
| on behalf of itself and all others | : | |
| similarly situated, | : | |
| Plaintiffs | : | Civil Action No. 1:12-cv-00993 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| ORRSTOWN FINANCIAL | : | |
| SERVICES, INC., et al., | : | |
| Defendants | : | |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On September 27, 2012, the Court issued a scheduling order containing deadlines for the filing of an amended complaint as well as the briefing of a motion to dismiss.  (Doc. No. 35.)  On October 26, 2012, the Court granted Plaintiff an extension of time to file an amended complaint and vacated the September 27, 2012 scheduling order.  (Doc. No. 37.)  On January 14, 2013, the Court granted Plaintiff's second motion for an extension of time to file an amended complaint. (Doc. No. 39.)  The latter order provided that, upon the filing of the amended complaint, the Court will schedule a telephonic conference.  (Doc. No. 39 at 2.)  Plaintiff filed its amended complaint on March 4, 2013.  (Doc. No. 40.)

**ACCORDINGLY**, on this 8th day of March 2013, **IT IS HEREBY ORDERED THAT** the parties are directed to file a joint status report on or before March 18, 2013, informing the Court whether a telephonic conference is necessary at this time and, if the parties agree that a conference is not necessary, providing the Court with proposed deadlines for the briefing of a motion to dismiss the amended complaint.

1

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania