# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SOUTHEASTERN PENNSYLVANIA** : | |
| **TRANSPORTATION AUTHORITY,** : | |
|     **Plaintiffs** : | |
| : | No. 1:12-cv-00993 |
| **v.** : | |
| : | (Judge Kane) |
| **ORRSTOWN FINANCIAL SERVICES,** : | |
| **INC., et al.** : | |
|     **Defendants** | |

## **ORDER**

**AND NOW**, this 22nd day of June 2015, **IT IS HEREBY ORDERED THAT** within thirty (30) days of the date of this Order, Plaintiff shall file a Motion to Amend the Amended Complaint, accompanied by the proposed amendment in the form dictated by Local Rule 15.1, or a Notice of Intention to Stand on the Amended Complaint.

    S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania