# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,** : <br>     **Plaintiffs** : <br> : <br> **v.** : <br> : <br> **ORRSTOWN FINANCIAL SERVICES, INC., et al.** : <br>     **Defendants** : | No. 1:12-cv-00993 <br><br> (Judge Kane) |

## ORDER

**AND NOW**, this 8th day of February 2016, upon consideration of Plaintiff's Motion for Leave to Amend in Accordance with Local Rule 15.1 (Doc. No. 95), and its supporting Memorandum and the Responses thereto, **IT IS ORDERED THAT** the Motion is **GRANTED**. The Second Amended Complaint, attached as Exhibit A to Plaintiff's Motion, is deemed filed as of this date. The parties are directed to confer and attempt to agree on a briefing schedule for any contemplated motion to dismiss the Second Amended Complaint.

**IT IS FURTHER ORDERED THAT** a status conference call will be held on March 2, 2016, at 11:30 a.m. Plaintiff's counsel shall initiate the call. The telephone number of the Court is 717-221-3990.

                                                            S/ Yvette Kane
                                                            Yvette Kane, District Judge
                                                            United States District Court
                                                           Middle District of Pennsylvania