IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTHEASTERN PENNSYLVANIA : | |
| TRANSPORTATION AUTHORITY, : | |
|     Plaintiffs : | |
| : | No. 1:12-cv-00993 |
| v. : | |
| : | (Judge Kane) |
| ORRSTOWN FINANCIAL SERVICES, : | |
| INC., <u>et al.</u> : | |
|     Defendants | |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On February 8, 2016, the Court granted Plaintiff leave to file its Second Amended Complaint, and directed the parties to confer and attempt to agree on a briefing schedule for any contemplated motions to dismiss the Second Amended Complaint. (Doc. No. 100.) On February 8, 2016, Plaintiff's Second Amended Complaint was deemed filed by the Court. (Doc. No. 101.) After the parties were unable to reach agreement on a briefing schedule, Defendants[1] filed a Joint Motion of All Defendants to Set a Briefing Schedule for Motions to Dismiss the Second Amended Complaint on February 16, 2016. (Doc. No. 102.) On February 17, 2016, Plaintiff filed its Opposition to the Joint Motion of All Defendants. (Doc. No. 103.)

**AND NOW**, this 25th day of February, 2016, upon consideration of the above, **IT IS ORDERED THAT:**

---

[1] There are three groups of Defendants in this case: the first group consists of Orrstown Financial Services, Inc., Orrstown Bank, Anthony F. Ceddia, Jeffrey W. Coy, Mark K. Keller, Andrea Pugh, Thomas R. Quinn, Jr., Gregory A. Rosenberry, Kenneth R. Shoemaker, Glenn W. Snoke, John S. Ward, Bradley S. Everly, Joel R. Zullinger, and Jeffrey W. Embly (the "Orrstown Defendants"); a second group consists of Sandler O'Neill & Partners L.P. and Janney Montgomery Scott LLC (the "Underwriter Defendants"); and a third is Smith Elliott Kearns & Company, LLC (the "Auditor Defendant").

(1) The Orrstown Defendants, the Underwriter Defendants, and the Auditor Defendant shall file any motions to dismiss the Second Amended Complaint and supporting briefs by Friday, March 18, 2016, and such briefs shall not exceed 25 pages (excluding cover page, table of contents, table of authorities and other matters as set forth in the Local Rules);

(2) Plaintiff shall file an omnibus opposition to the Defendants' motions to dismiss by Friday, April 8, 2016, and such opposition brief shall not exceed 50 pages (excluding cover page, table of contents, table of authorities and other matters as set forth in the Local Rules);

(3) The Orrstown Defendants, the Underwriter Defendants, and the Auditor Defendant shall each file a reply brief in support of their motions by Friday, April 22, 2016, and each brief shall not exceed 15 pages (excluding cover page, table of contents, table of authorities and other matters as set forth in the Local Rules);

(4) Discovery and all related deadlines under the Local Rules (including deadlines for the filing of Plaintiff's motion for class certification, conducting the Rule 26(f) discovery planning conference, exchanging initial disclosures and submission of the joint case management plan) shall be stayed pending the outcome of the motions to dismiss;

(5) The telephonic conference scheduled for March 2, 2016, is cancelled.

**IT IS FURTHER ORDERED THAT,** based on the Court's above briefing schedule, Defendant's Joint Motion for Extension of Time (Doc. No. 102) is **HEREBY DENIED AS MOOT** .

    S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania