# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,** : <br>    Plaintiff : <br> : <br> v. : <br> : <br> **ORRSTOWN FINANCIAL SERVICES, INC., et al.,** : <br>    Defendants : | No. 1:12-cv-00993 <br><br> (Judge Kane) |

# ORDER

**AND NOW**, on this 12th day of February 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiff SEPTA's Motion to Compel Production of Documents (Doc. No. 157), is **DENIED**.

                                             s/ Yvette Kane
                                             Yvette Kane, District Judge
                                             United States District Court
                                             Middle District of Pennsylvania