IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, <br>     Plaintiff <br><br> v. <br><br> ORRSTOWN FINANCIAL SERVICES, INC., et al., <br>     Defendants | : <br> : <br> : <br> :    No. 1:12-cv-00993 <br> : <br> :    (Judge Kane) <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW**, on this 14th day of February 2020, upon consideration of Plaintiff Southeastern Pennsylvania Transportation Authority ("SEPTA")'s Motion for Leave to File Third Amended Complaint (Doc. No. 182), and its supporting Memorandum and the Responses thereto, and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** the Motion is **GRANTED**.[1] The Clerk of Court is directed to docket the Third Amended Complaint (Doc. No. 181-1) as the operative complaint in this matter.[2]

---

[1] The Court notes that following the issuance of the Court's December 7, 2016 Order dismissing certain claims against certain parties, the docket of this matter reflected that a number of parties were terminated from the caption of this matter. In accordance with this Order and the accompanying Memorandum, the Clerk is directed to reinstate the following parties on the caption of this matter: Anthony F. Ceddia, Jeffrey W. Coy, Mark K. Keller, Andrea Pugh, Gregory A. Rosenberry, Kenneth R. Shoemaker, Glenn W. Snoke, John S. Ward, Joel R. Zullinger, Smith Elliott Kearns & Company, LLC, Sandler O'Neill and Partners, L.P., and Janney Montgomery Scott, LLC.

[2] The Court notes that it previously granted SEPTA's Motion to Seal Documents in Support of its Motion for Leave to File the Third Amended Complaint, on the basis that the materials submitted in support of its motion, including the Third Amended Complaint, referenced material designated "confidential" under the protective order governing the exchange of information in this case. (Doc. No. 183.) Accordingly, the Third Amended Complaint remains under seal; however, the parties are directed to show cause, within ten (10) days of the date of this Order, as to why it, and the other materials submitted in support of SEPTA's motion, should remain under seal pursuant to the standard articulated in In re: Avandia Marketing, Sales Practices and

**IT IS FURTHER ORDERED THAT**, within ten (10) days of the date of this Order, the parties are directed to file a proposed briefing schedule for any anticipated motion to dismiss the Third Amended Complaint.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

---

Products Liability Litig., 924 F.3d 662 (3d Cir. 2019).