UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
BCO-101

No. **20-8030**

Southeastern Pennsylvania Transportation Authority, on behalf
of itself and all others similarly situated

v.

Orrstown Financial Services, Inc.; Orrstown Bank;
Anthony F. Ceddia; Jeffrey W. Coy; Mark K. Keller;
Andrea Pugh; Thomas R. Quinn, Jr.; Gregory A. Rosenbery;
Kenneth F. Shoemaker; Glenn W. Snoke; John S. Ward;
Joel R. Zullinger; Bradley S. Everly; Jeffrey W. Embly;
Smith Elliot Kearns & Co., LLC; Sandler O'Neill & Partners, LP;
Janney Montgomery Scott, LLC,
                                                Petitioners

(M.D. Pa. No. 1-12-cv-00993)

Present:     AMBRO, GREENAWAY, JR., and BIBAS, Circuit Judges

1. Petition for Permission to Appeal Pursuant to 28 U.S.C. Section 1292(b)

2. Response to Petition for Permission to Appeal Pursuant to 28 U.S.C. Section 1292(b).

                                        Respectfully,
                                        Clerk/clw
_____ **O R D E R** _____

The foregoing petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. This panel will retain jurisdiction over further proceedings related to the appeal.

                                        By the Court,

                                        s/Thomas L. Ambro
                                        Circuit Judge

Dated: August 13, 2020
CLW/cc: ALL COUNSEL OF RECORD

                                        A True Copy:

                                        Patricia S. Dodszuweit, Clerk

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## NOTICE

## GRANT OF PERMISSION FOR LEAVE TO APPEAL

The Court of Appeals has granted a petition for leave to appeal in this matter.

The $505.00 docketing and filing fee must be paid in the district court within 14 days after the entry of the order granting permission for leave to appeal, unless the petitioner is the United States government. Fed. R. App. P. 5. In addition, a cost bond must be filed if one is required under Fed. R. App. P. 7.

A notice of appeal does not need to be filed as a copy of the Court's order granting permission for leave to appeal which has been forwarded to the district court will serve as the notice of appeal.

The entry date of the order granting permission to appeal serves as the date of the filing of the notice of appeal for calculating time under the Federal Rules of Appellate Procedure. **Petitioner should notify the Court of Appeals in writing that the filing fee has been paid.**

Upon receipt of the notice from petitioner, the appeal will be opened on the general docket. All future filings regarding the appeal will be entered under the new docket number.

For the Court,


s/ Patricia S.Dodszuweit
Clerk

Date:  August 13, 2020

cc: Nicholas E. Chimicles, Esq.
   Tiffany J. Cramer, Esq.
   David J. Creagan, Esq.
   Kimberly M. Donaldson Smith, Esq.
   David E. Edwards, Esq.
   Justin K. Fortescue, Esq.
   Adam D. Gold, Esq.
  Benjamin F. Johns, Esq.
  Seth L. Laver, Esq.
  Michael P. Luongo, Esq.
  Timothy N. Mathews, Esq.
  Jeffrey M. Monhait, Esq.
  Thomas G. Wilkinson Jr., Esq.
  Bradley R. Wilson, Esq.

Jonathan S. Ziss Esq.