IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,** :<br>    Plaintiff  :<br>: <br>v.   :<br>: <br>**ORRSTOWN FINANCIAL SERVICES, INC., et al.,**  :<br>    Defendants  : | No. 1:12-cv-00993<br><br>(Judge Kane) |

# ORDER

**AND NOW**, on this 18th day of August 2022, upon consideration of Plaintiff Southeastern Pennsylvania Transportation Authority ("SEPTA")'s Renewed Motion to Compel Production of Documents (Doc. No. 239), and the briefing in connection with the motion (Doc. Nos. 240, 252, 257, 258, 259, 262), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** SEPTA's Renewed Motion to Compel Production of Documents (Doc. No. 239) is **GRANTED**, and the documents listed on Exhibit 12 to SEPTA's Renewed Motion (Doc. No. 241-12) **SHALL BE PRODUCED** within twenty-one (21) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania