# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ORRSTOWN FINANCIAL SERVICES, INC., *et al.*,<br><br>    Defendants. | Civil Action No. 1:12-cv-00993<br><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SEPTA'S MOTION FOR LEAVE TO EXCEED WORD LIMITS PURSUANT TO LOCAL RULE 7.8(B)(3)** |

**AND NOW,** this 5th day of December, 2022, upon consideration of Plaintiff SEPTA's Motion to For Leave to Exceed Word Limits Pursuant to Rule 7.8(B)(3) in connection with Plaintiff's Motion for Preliminary Approval, it is hereby **ORDERED** that the Motion is **GRANTED**.

Plaintiff may file a brief not to exceed 8,000 words (excluding cover page, table of contents, table of authorities and other matters as set forth in the Local Rules) in support of their Motion for Preliminary Approval.

**IT IS SO ORDERED.**

                                             S/Yvette Kane
                                       Yvette Kane, District Judge
                                       United States District Court
                                       Middle District of Pennsylvania